IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEPHAN SCHUERMANN,

      Petitioner,

v.

JUBILIE ANQUI,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1185

Opinion filed April 17, 2017.

Petition for Writ of Prohibition -- Original Jurisdiction.

Stephan Schuermann, pro se, Petitioner.

No appearance for Respondent.

PER CURIAM.

      The petition for writ of prohibition is denied on the merits.

ROWE, OSTERHAUS, and WINOKUR, JJ., CONCUR.